# United States District Court
## Northern District of Illinois
### Eastern Division



International Insurance Company      **JUDGMENT IN A CIVIL CASE**

v.      Case Number: 00 C 2189

Caja Nacional de Ahorro y Seguro

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, International Insurance Company and against Defendant, Caja Nacional de Ahorro y Seguro in the amount of $2,276,637.09. This action is terminated.

Michael W. Dobbins, Clerk of Court

Date: 10/9/2002

Rhonda Johnson, Deputy Clerk