IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INTERNATIONAL INSURANCE COMPANY, for itself and as Successor In Interest to International Surplus Lines Insurance Company, and The North River Insurance Company, | ) ) ) ) ) | |
| Judgment Creditor, | ) | Civil Action No. 00 C 2189 |
| v. | ) ) ) | Hon. Joan B. Gottschall |
| CAJA NACIONAL DE AHORRO Y SEGURO, | ) ) ) | |
| Judgment Debtor. | ) | |

**<u>INTERNATIONAL INSURANCE COMPANY'S PETITION TO REVIVE JUDGMENT</u>**

Pursuant to Rule 69 of the Federal Rules of Civil Procedure, 735 ILCS 5/2-1602, and 735 ILCS 5/13-218, Judgment Creditor, International Insurance Company n/k/a TIG Insurance Company ("IIC"), by and through its attorneys, hereby petitions the Court to revive the judgment entered against Defendant, Caja Nacional de Ahorro y Seguro n/k/a The Republic of Argentina ("Caja"). In support of this motion, IIC states as follows:

1. On October 9, 2002, this Court entered judgment in favor of IIC and against Caja in the sum of $2,276,637.09.

2. As of June 30, 2014, post-judgment interest at the statutory rate of 9% has accrued in the sum of $2,403,752.

3. Accordingly, as of June 30, 2014, the judgment debt Caja owes to IIC is $4,680,389.

4. The entry "of a reviving order should be a clerical task; all it entails is assurance that the judgment has not been vacated or marked satisfied since its rendition." *TDK Electronics Corp. v. Draiman*, 321 F.3d 677, 680 (7th Cir. 2003).

5. The judgment has not been vacated or satisfied. Caja has paid no amount in satisfaction of the judgment and is entitled to no credits.

WHEREFORE, Plaintiff respectfully requests that the judgment entered on October 9, 2002, be revived.

July 1, 2014

___/s/ Joseph P. Noonan III_____
James I Rubin (Attorney I.D. No. 02413191)
Julie Rodriguez Aldort (Attorney I.D. No. 06271412)
Joseph P. Noonan III (Attorney I.D. No.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602
312-444-9660
*Attorneys for Judgment Creditor*
*International Insurance Co.*
*n/k/a TIG Insurance Co.*

517491