## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

International Insurance Company

                Plaintiff,

v.                                     Case No.: 1:00–cv–02189
                                                Honorable Joan B. Gottschall

Caja National De Ahorro Y Seguro

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2014:

      MINUTE entry before the Honorable Joan B. Gottschall: International Insurance Company's Petition to Revive Judgment [44] is granted. Pursuant to Fed. R. Civ. P. 69(a)(1) and 735 Ill. Comp. Stat. 5/2−1602(d), the court revives the judgment for the original amount of $2,276,637.09. Motion hearing set for 7/9/2014 is stricken. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.